MARCUS A. TORRANO (BAR NO. 138874)
AMY McGINNIS GILLINGER (BAR NO. 240619)
**FULBRIGHT & JAWORSKI L.L.P.**
555 South Flower Street
Forty-First Floor
Los Angeles, California 90071
Telephone: 213.892.9200
Facsimile: 213.892.9494

Attorneys for Defendant
TIN Inc., d/b/a International Paper Company

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY MCCLELLAN,<br><br>Plaintiff,<br><br>v.<br><br>TIN, INC. d/b/a TEMPLE-INLAND, a corporation; and Does 1-50, inclusive,<br><br>Defendants. | Case No.  EDCV12-1211 JAK(OPx)<br><br>**JUDGMENT**<br><br>**JS-6** |

# JUDGMENT

Defendant TIN Inc. d/b/a International Paper Company's ("TIN" or "Defendant") Motion to Dismiss the Complaint filed by Plaintiff Ray McClellan ("Plaintiff") having been granted on November 26, 2012 on the grounds of judicial estoppel,

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff's action, *McClellan v. Tin Inc. d/b/a Temple-Inland* (Case No. EDCV12-1211) – be and hereby is dismissed with prejudice. As the prevailing party, Defendant shall recover its costs and fees as ordered by the Court.

Date: December 13, 2012

The Honorable John A. Kronstadt
U.S. District Court Judge

DOCUMENT PREPARED ON RECYCLED PAPER